# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Association of Independent BR Franchise Owners
_____
             Plaintiff(s)

v.     CIVIL ACTION NO. 16cv10963-WGY

Baskin Robbins Franchising, LLC
_____
             Defendant(s)

## JUDGMENT IN A CIVIL CASE

YOUNG, D.J.,

_____  **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X___ **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED:**

Pursuant to the FINDINGS OF FACT AND CONCLUSIONS OF LAW entered on September 27, 2017, ECF No. 77, judgment hereby enters for Baskin Robbins Franchising, LLC.

                                ROBERT M. FARRELL
                                CLERK OF COURT

                                /s/Matthew A. Paine

Dated: September 28, 2017     By _____
                                Deputy Clerk